**Order entered July 18, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00286-CV

### RYAN, LLC, Appellant

### V.

### NATIONAL UNION FIRE INSURANCE
### COMPANY OF PITTSBURGH, PA, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05755**

### ORDER

Before the Court is appellant's July 15, 2022 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **August 15, 2022**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE